UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: MESSENGER, ROGER D<br>    MESSENGER, BETTY R<br><br>Debtor(s) | § Case No. 09-75465<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 06/08/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 04/30/2015        By: /s/MEGAN G. HEEG
                                                       Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: MESSENGER, ROGER D | § Case No. 09-75465 |
|---|---|
| MESSENGER, BETTY R | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 489,000.00 |
| and approved disbursements of | $ 202,664.46 |
| leaving a balance on hand of [1] | $ 286,335.54 |
| **Balance on hand:** | $ 286,335.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 286,335.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 13,671.62 | 0.00 | 13,671.62 |
| Trustee, Expenses - MEGAN G. HEEG | 56.28 | 0.00 | 56.28 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,727.90 |
| Remaining balance: | $ 272,607.64 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

          Total to be paid for prior chapter administrative expenses:  $      0.00
          Remaining balance:  $      272,607.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

          Total to be paid for priority claims:  $      0.00
          Remaining balance:  $      272,607.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,931.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 541.94 | 0.00 | 541.94 |
| 2 | Capital One Bank (USA), N.A. | 581.85 | 0.00 | 581.85 |
| 3 | Capital One Bank (USA), N.A. | 622.23 | 0.00 | 622.23 |
| 4 | RRCA Account Management | 5,185.74 | 0.00 | 5,185.74 |

          Total to be paid for timely general unsecured claims:  $      6,931.76
          Remaining balance:  $      265,675.88

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 265,675.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 265,675.88 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $108.28. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 265,567.60.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
                                                                  Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Roger D Messenger
Betty R Messenger
    Debtors

Case No. 09-75465-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3      User: jclarke      Page 1 of 1      Date Rcvd: Apr 30, 2015
                            Form ID: pdf006      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2015.
```
db/jdb          +Roger D Messenger,    Betty R Messenger,    223 North Lincoln Ave.,    Dixon, IL 61021-2329
14829850       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Bankruptcy Department,    PO Box 5155,
                   Norcross, GA 30091)
14829851        Capital One,    Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
14829852        Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
14829853        Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
22757442        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14829854        HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
14829855        HSBC Card Services,    Payment Center,    PO Box 17313,    Baltimore, MD 21297-1313
14829856       +KSB Hospital,    Patient Financial Services,    PO Box 737,    Dixon, IL 61021-0737
14845852       +Now Care,    PO Box 455,    Prairieville, LA 70769-0455
14845853       +RRCA Account Management,    201 E. 3rd Street,    Sterling, IL 61081-3611
14829858       +Thomas M. Suits,    114 W. Mason,    Polo, IL 61064-1502
14829859        US Bank Home Mortgage,    PO Box 20005,    Owensboro, KY 42304-0005
14829861        Wells Fargo Financial,    PO Box 98788,    Las Vegas, NV 89193-8788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14829849        E-mail/Text: melanie.macy@bacu.org May 01 2015 01:17:40      Blackhawk Area Credit Union,
                 PO Box 328,   214 Main Street,    Savanna, IL 61074
14829857       +E-mail/Text: bkr@cardworks.com May 01 2015 01:16:57      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802
14829860        E-mail/PDF: gecsedi@recoverycorp.com May 01 2015 01:22:18      Wal-Mart,
                 Monogram Credit Card Bank of GA,    PO Box 530928,    Atlanta, GA 30353-0928
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14852453*       +Now Care,    PO Box 455,    Prairieville, LA 70769-0455
14852454*       +RRCA Account Management,    201 E 3rd St,    Sterling, Il 61081-3611
14829847      ##+Beneficial,    PO Box 8603,    Elmhurst, IL 60126-8603
14829848       ##Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2015 at the address(es) listed below:
```
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Carole J. Ryczek     carole.ryczek@usdoj.gov
              Mark  Zaleski     on behalf of Debtor Roger D Messenger attyzaleski@comcast.net,
               tremmers.mez@comcast.net
              Mark  Zaleski     on behalf of Joint Debtor Betty R Messenger attyzaleski@comcast.net,
               tremmers.mez@comcast.net
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```