**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: MESSENGER, ROGER D | § Case No. 09-75465 |
| MESSENGER, BETTY R | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $84,944.00                     Assets Exempt: $38,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,322.29      Claims Discharged
                                                 Without Payment: $33,100.00

Total Expenses of Administration: $186,112.48

---

3) Total gross receipts of $ 489,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 280,565.23 (see **Exhibit 2**), yielded net receipts of $208,434.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $67,300.00 | $15,280.00 | $15,280.00 | $15,280.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 186,112.48 | 186,112.48 | 186,112.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,800.00 | 7,042.29 | 7,042.29 | 7,042.29 |
| **TOTAL DISBURSEMENTS** | $102,100.00 | $208,434.77 | $208,434.77 | $208,434.77 |

4) This case was originally filed under Chapter 7 on December 10, 2009. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/16/2015         By: /s/MEGAN G. HEEG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property (unscheduled) | 1229-000 | 489,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$489,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Roger D. Messenger | Debtor's exemption | 8100-002 | 15,000.00 |
| MESSENGER, ROGER D | Dividend paid 100.00% on $265,565.23; Claim# SURPLUS; Filed: $265,565.23; Reference: | 8200-002 | 265,565.23 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$280,565.23** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank Home Mortgage | 4110-000 | 65,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Area Credit Union | 4110-000 | 1,500.00 | N/A | N/A | 0.00 |
| | Meyers & Flowers | 4220-000 | N/A | 10,390.00 | 10,390.00 | 10,390.00 |
| | Meyers & Flowers | 4220-000 | N/A | 4,890.00 | 4,890.00 | 4,890.00 |
| **TOTAL SECURED CLAIMS** | | | **$67,300.00** | **$15,280.00** | **$15,280.00** | **$15,280.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 13,671.74 | 13,671.74 | 13,671.74 |
| MEGAN G. HEEG | 2200-000 | N/A | 56.28 | 56.28 | 56.28 |
| Rabobank, N.A. | 2600-000 | N/A | 130.27 | 130.27 | 130.27 |
| Rabobank, N.A. | 2600-000 | N/A | 444.30 | 444.30 | 444.30 |
| Meyers & Flowers | 3210-600 | N/A | 163,000.00 | 163,000.00 | 163,000.00 |
| Meyers & Flowers | 3220-610 | N/A | 8,809.89 | 8,809.89 | 8,809.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $186,112.48 | $186,112.48 | $186,112.48 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 600.00 | 541.94 | 541.94 | 541.94 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 8.64 | 8.64 | 8.64 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 500.00 | 581.85 | 581.85 | 581.85 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 9.28 | 9.28 | 9.28 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 600.00 | 622.23 | 622.23 | 622.23 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 9.92 | 9.92 | 9.92 |
| 4 | RRCA Account Management | 7100-000 | N/A | 5,185.74 | 5,185.74 | 5,185.74 |
| 4I | RRCA Account Management | 7990-000 | N/A | 82.69 | 82.69 | 82.69 |
| NOTFILED | Merrick Bank | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Hospital Patient Financial Services | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart Monogram Credit Card Bank of GA | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas M. Suits | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services Payment Center | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 16,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,800.00 | $7,042.29 | $7,042.29 | $7,042.29 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-75465  
**Case Name:** MESSENGER, ROGER D  
MESSENGER, BETTY R  
**Period Ending:** 07/16/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/10/09 (f)  
**§341(a) Meeting Date:** 01/08/10  
**Claims Bar Date:** 02/25/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence, Location: 223 North Lin | 69,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash from Debtor's wages | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with US Bank, Dixon, Illinois | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with US Bank, Dixon, Illinois | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with Blackhawk Area Credit Unio | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Savings account with Blackhawk Area Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 7 | CD with Blackhawk Area Credit Union, Polo, Illin | 2,800.00 | 0.00 | | 0.00 | FA |
| 8 | Furniture, furnishings, acomputer and misc. comp | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | Books, pictures, videos, misc. Betty Boop collec | 1,200.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Rings, watches and misc. other items | 750.00 | 0.00 | | 0.00 | FA |
| 12 | Misc. fishing equipment, digital camera, misc. c | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Term life insurance policy through Monumental Li | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Monthly social security income | 644.00 | 0.00 | | 0.00 | FA |
| 15 | 2002 Ford Taurus | 3,700.00 | 0.00 | | 0.00 | FA |
| 16 | 1992 GMC Truck | 800.00 | 0.00 | | 0.00 | FA |
| 17 | 1992 Nissan Truck owned jointly with granddaught | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 1 dog & 1 cat - housepets | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Misc. household tools & implements, lawn mower, | 300.00 | 0.00 | | 0.00 | FA |
| 20 | Burial plots | Unknown | 0.00 | | 0.00 | FA |
| 21 | Other Personal Property (unscheduled) (u)<br>  Cause of Action and multidistrict claim against<br>Depuy Orthopeaedics, Inc.   (See Footnote) | 0.00 | 286,910.11 | | 489,000.00 | FA |
| 21 | **Assets   Totals** (Excluding unknown values) | **$84,944.00** | **$286,910.11** | | **$489,000.00** | **$0.00** |

RE PROP# 21     Debtor entitled to $487,500 + spouse award of $1,500 less escrowee's fees and attorney fees and
costs.  On 1/14/15, Debtor filed a 15,000 pi exemption claim.

Printed: 07/16/2015 11:57 AM     V.13.23

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75465  
**Case Name:** MESSENGER, ROGER D  
MESSENGER, BETTY R  
**Period Ending:** 07/16/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/10/09 (f)  
**§341(a) Meeting Date:** 01/08/10  
**Claims Bar Date:** 02/25/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br><u>Abandoned</u><br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015       **Current Projected Date Of Final Report (TFR):**   April 29, 2015  (Actual)

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-75465  
**Case Name:** MESSENGER, ROGER D  
MESSENGER, BETTY R  
**Taxpayer ID #:** **-***4385  
**Period Ending:** 07/16/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/15 | {21} | Meyers & Flowers | Spousal settlement award per court order dated 2/4/15 | 1229-000 | 985.00 | | 985.00 |
| 02/17/15 | | Meyers & Flowers | settlement proceeds per Court order dated 2/4/15 | | 300,925.11 | | 301,910.11 |
| | {21} | | 488,015.00 | 1242-000 | | | 301,910.11 |
| | | | Special counsel fees     -163,000.00 | 3210-600 | | | 301,910.11 |
| | | | special counsel costs     -8,809.89 | 3220-610 | | | 301,910.11 |
| | | | lien paid to Global Financial     -10,390.00 | 4220-000 | | | 301,910.11 |
| | | | Federal MDL     -4,890.00 | 4220-000 | | | 301,910.11 |
| 02/26/15 | 101 | Roger D. Messenger | Debtor's exemption | 8100-002 | | 15,000.00 | 286,910.11 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.27 | 286,779.84 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 444.30 | 286,335.54 |
| 06/09/15 | 102 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $541.94; Claim# 1; Filed: $541.94; Reference: 4862-3623-9244-2177 | 7100-000 | | 541.94 | 285,793.60 |
| 06/09/15 | 103 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $581.85; Claim# 2; Filed: $581.85; Reference: 4862-3625-5858-5025 | 7100-000 | | 581.85 | 285,211.75 |
| 06/09/15 | 104 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $622.23; Claim# 3; Filed: $622.23; Reference: 5178-0524-3296-0595 | 7100-000 | | 622.23 | 284,589.52 |
| 06/09/15 | 105 | RRCA Account Management | Dividend paid 100.00% on $5,185.74; Claim# 4; Filed: $5,185.74; Reference: | 7100-000 | | 5,185.74 | 279,403.78 |
| 06/09/15 | 106 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $8.64; Claim# 1I; Filed: $8.64; Reference: 4862-3623-9244-2177 | 7990-000 | | 8.64 | 279,395.14 |
| 06/09/15 | 107 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $9.28; Claim# 2I; Filed: $9.28; Reference: 4862-3625-5858-5025 | 7990-000 | | 9.28 | 279,385.86 |
| 06/09/15 | 108 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $9.92; Claim# 3I; Filed: $9.92; Reference: 5178-0524-3296-0595 | 7990-000 | | 9.92 | 279,375.94 |
| 06/09/15 | 109 | RRCA Account Management | Dividend paid 100.00% on $82.69; Claim# 4I; Filed: $82.69; Reference: | 7990-000 | | 82.69 | 279,293.25 |
| 06/09/15 | 110 | MESSENGER, ROGER D | Dividend paid 100.00% on $265,565.23; Claim# SURPLUS; Filed: $265,565.23; Reference: | 8200-002 | | 265,565.23 | 13,728.02 |
| 06/09/15 | 111 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 13,728.02 | 0.00 |

Subtotals :      $301,910.11      $301,910.11

{} Asset reference(s)

Printed: 07/16/2015 11:57 AM     V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-75465 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | MESSENGER, ROGER D | | **Bank Name:** | Rabobank, N.A. |
| | MESSENGER, BETTY R | | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** | **-***4385 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 07/16/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00%    13,671.74 on $13,671.74;  Claim# ; Filed: $13,671.74 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    56.28 on $56.28;  Claim# ; Filed: $56.28 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 301,910.11 | 301,910.11 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 301,910.11 | 301,910.11 | |
| | | | Less: Payments to Debtors | | | 280,565.23 | |
| | | | **NET Receipts / Disbursements** | | **$301,910.11** | **$21,344.88** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4666** | 301,910.11 | 21,344.88 | 0.00 |
| | **$301,910.11** | **$21,344.88** | **$0.00** |

{} Asset reference(s)                                               Printed: 07/16/2015 11:57 AM    V.13.23